# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PETER LAWRENCE HINKLE

NO. 2025 KW 1146

**FEBRUARY 10, 2026**

---

In Re: Peter Lawrence Hinkle, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 19-01881.

---

**BEFORE: THERIOT, FIELDS, AND HAGGERTY, [1] JJ.**

**WRIT DENIED.**

> **MRT**
> **WEF**
> **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.